(8/96)

# United States Bankruptcy Court

__Southern__ District Of __Ohio__

In re   Mary L. Albanese
_____,
Debtor

Case No. 16-54609

Chapter 7

State of Ohio Dept. of Job & Family Services
_____,
Plaintiff

vs.

Mary L. Albanese
_____,
Defendant

Adv. Proc. No. 16-02186

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk

> Clerk of Courts, United States Bankruptcy Court, Southern District of Ohio
> 170 North High Street
> Columbus, OH 43215

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney

> Erin M Dooley
> The Law Office of Charles Mifsud, LLC
> 6305 Emerald Parkway
> Dublin, OH 43016

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued: November 11, 2016

/s/Kenneth Jordan - Clerk of Court